UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAMERON BRETT BULLOCK,

   Plaintiff,

v.                                Case No. 3:22cv7594-MCR-HTC

ESCAMBIA COUNTY JAIL,

   Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on September 14, 2022. ECF No. 9. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF Doc. 9, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and failure to pay the initial partial filing fee.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv7594-MCR-HTC